PETER S. CHRISTIANSEN, ESQ.
Nevada Bar No. 5254
pete@christiansenlaw.com
KENDELEE L. WORKS, ESQ.
Nevada Bar No. 9611
kworks@christiansenlaw.com
CHRISTIANSEN TRIAL LAWYERS
710 South 7th Street
Las Vegas, Nevada 89101
Tel: (702) 240-7979
Fax: (866) 412-6992
*Attorneys for Defendant Yair Raziel Rodriguez Portillo*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>YAIR RAZIEL RODRIGUEZ PORTILLO,<br><br>Defendant. | Case No. 2:22-mj-00287-VCF-1<br><br>**ORDER GRANTING STIPULATION TO CONTINUE TRIAL DATE (First Request)** |

IT IS HEREBY STIPULATED AND AGREED, by and between the United States of America, by and through Angelica Marmorstein, Assistant United States Attorney and Defendant, Yair Raziel Rodriguez Portillo by and through his attorneys, Peter S. Christiansen and Kendelee L. Works, that the trial date in the above-captioned matter, which is currently scheduled for June 29, 2022, be vacated with a new hearing date to be set to a date convenient for the Court but not before July 25, 2022, in order for Defendant to enter a guilty plea pursuant to a written plea agreement with the United States.

This is the First request for a continuance of Mr. Rodriguez Portillo's trial date and is entered into for the following reasons:

1. Mr. Rodriguez Portillo is currently outside the U.S., and attempting to resolve ongoing issues with his Visa in order to lawfully re-enter.



2.  The parties have reached an agreement, pursuant to which Mr. Rodriguez Portillo will enter a guilty plea to lesser charges than those contained in the Complaint.

3.  In order for Mr. Rodriguez Portillo to be present in person to enter his guilty plea pursuant to the written plea agreement, a continuance is required.

4.  Mr. Rodriguez Portillo is out of custody and does not object to this continuance.

5.  Denial of this request could result in a miscarriage of justice, taking into account the exercise of due diligence.

6.  The parties agree to the continuance.

7.  The additional time requested herein is not sought for purposes of delay.

8.  For the above-stated reason, the ends of justice would best be served by a continuance of the Sentencing date.

DATED: June 28, 2022.

| CHRISTIANSEN TRIAL LAWYERS | UNITED STATES ATTORNEY |
|---|---|
| /s/ Peter S. Christiansen<br>By_____<br>PETER S. CHRISTIANSEN<br>KENDELEE L. WORKS<br>Counsel for Yair Raziel Rodriguez Portillo | /s/ Angelica Marmorstein<br>By_____<br>ANGELICA MARMORSTEIN<br>Assistant United States Attorney |

**IT IS SO ORDERED** the Bench Trial is continued to August 3, 2022 at 9:00 am in LV Courtroom 3D before Magistrate Judge Cam Ferenbach.

DATED this 28th day of June, 2022.

_____
UNITED STATES JUDGE