UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> YAIR RAZIEL RODRIGUEZ PORTILLO, <br><br> Defendant. | Case No.:   2:20-mj-00862-EJY <br><br> **ORDER TO AMEND AND CLOSE THE CASE** |

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. Defendant Yair Raziel Rodriguez Portillo has successfully completed all terms and conditions of his sentencing.

**ORDER**

IT IS HEREBY ORDERED that Defendant Yair Raziel Rodriguez Portillo's request to withdraw his guilty plea to Operating a Motor Vehicle while Under the Influence of Alcohol is GRANTED.

IT IS FURTHER ORDERED that the government's request to amend Count One of the Complaint to a charge of Reckless Driving, a violation of 36 CFR § 4.2 and NRS 484B.653, a misdemeanor, is GRANTED.

IT IS FURTHER ORDERED that the Court accepts Defendant Yair Raziel Rodriguez Portillo's guilty plea to the amended Count 1 of the Complaint – Reckless Driving, a violation of 36 CFR § 4.2 and NRS 484B.653, a misdemeanor.

IT IS FURTHER ORDERED that the original sentence be applied to the amended Count 1 of the Complaint.

IT IS FURTHER ORDERED that because Defendant has completed all terms and conditions of his sentence and unsupervised probation, this case be closed.

DATED this 22nd day of June, 2023

_____
UNITED STATES MAGISTRATE JUDGE